■ CELIA UHRMAN, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—In an action for injunctive relief, plaintiff appeals from an order of the Supreme Court, Kings County, dated May 17, 1976, which denied her "application for a preliminary injunction". Order affirmed, with $50 costs and disbursements. We agree with Special Term's decision not to interfere in a matter pending before an administrative agency. We are also of the opinion that the plaintiff is not now in danger of

imminent irreparable harm and, in such circumstance, the extraordinary relief demanded was properly withheld. Hopkins, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.